

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,474

### EX PARTE TAKISHA DESHAWN ROLFE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 34,257-B-H-2 IN THE 124TH JUDICIAL DISTRICT COURT FROM GREGG COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant entered an open plea of guilty to forgery, and was sentenced to 9 months' state jail imprisonment.

Applicant contends that she was denied her right to appeal, because through no fault of Applicant's, appellate counsel was not notified of his appointment in this case. The trial court has determined that Applicant expressed her desire to appeal after sentencing, and that appellate counsel was not notified of his appointment until after the appellate deadline had passed. We find, therefore,

that Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in Cause No. 34,257-B-H-2 from the 124th Judicial District Court of Gregg County. Applicant is ordered returned to that time at which she may give a written notice of appeal so that she may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, she must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: January 12, 2011
Do Not Publish